## MEDIATION MATTERS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2013–0455.   Madison Local School Dist. Bd. of Edn. v. Lake Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010–W–2410.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).

Appellant shall file a brief within 40 days of the date of this entry, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

**2013–0149.   Apple Group Ltd. v. Medina Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2009–K–2101.

## CASE ANNOUNCEMENTS
### April 23, 2013

[Cite as *04/23/2013 Case Announcements*, 2013-Ohio-1616.]

## MOTION AND PROCEDURAL RULINGS

**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in this court without obtaining leave. In his motion, Howard has not sought to continue or institute a legal proceeding in this court.

It is ordered by the court that the motion for leave to bring an action is denied as unnecessary.
PFEIFER, Acting C.J.
O'CONNOR, C.J., not participating.

## CASE ANNOUNCEMENTS
### April 24, 2013

[Cite as *04/24/2013 Case Announcements*, 2013-Ohio-1622.]

## MERIT DECISIONS WITHOUT OPINIONS

**2012–1941.   State v. Stewart.**
Franklin App. No. 11AP–787, 2012-Ohio-4500. On motion to consolidate with case No. 2013–0121, *State v. Stewart*, Franklin App. No. 11AP–787, 2012-Ohio-4500. Motion granted. Discretionary appeal accepted. The judgment of the court of appeals is reversed, and this cause is remanded for application of *State v. Howard*, 134 Ohio St.3d 467, 2012-Ohio-5738, 983 N.E.2d 341, and *State v. Brunning*, 134 Ohio St.3d 438, 2012-Ohio-5752, 983 N.E.2d 316.

O'CONNOR, C.J., and LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.
PFEIFER and O'DONNELL, JJ., dissent.

**2013–0048.   Gray v. Sage.**
In Habeas Corpus. On petition for writ of habeas corpus of Bowdie L. Gray. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013–0089.   Stevens v. Cuyahoga Cty. Pros. Atty.**
In Prohibition. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.